JESSICA A. BETLEY
TARA J. ELLIOTT
Assistant U.S. Attorneys
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. North, # 300
Phone: (406) 761-7715
FAX: (406) 453-9973
Email: Jessica.Betley@usdoj.gov
Tara.Elliott@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

**FILED**

FEB 0 9 2015

Clerk, U.S. District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSHUA ALBERTO RODRIGUEZ, <br><br> Defendant. | Cause No. CR 14-96-GF-BMM <br><br> **PLEA AGREEMENT** <br><br> ***ACUERDO DE CULPABILIDAD*** |

Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the United

States of America, by Jessica A. Betley, Assistant United States Attorney for the

AUSA    DEF    ATTY    Date

District of Montana, and the defendant, Joshua Alberto Rodriguez, and his attorney, Palmer Hoovestal, have agreed upon the following:

*De conformidad con la Regla 11 de las Reglas Federales de Procedimiento Penal, los Estados Unidos de América, por Jessica A. Betley, Procurador Adjunto de los Estados Unidos para el Distrito de Montana, y el acusado, Josué Alberto Rodríguez, y su abogado, Palmer Hoovestal, se han convenido en lo siguiente:*

**1.** **Scope:** This plea agreement is between the United States Attorney's Office for the District of Montana and the defendant. It does not bind any other federal, state, or local prosecuting, administrative or regulatory authority, or the United States Probation Office.

*1.* ***Alcance:*** *Este acuerdo de culpabilidad es entre la Oficina del Fiscal de los Estados Unidos para el Distrito de Montana y el acusado. No es vinculante para cualquier otro federal, estatal o local fiscalía, una autoridad administrativa o reglamentaria, o la Oficina de Probatoria de los Estados Unidos.*

**2.** **Charges:** The defendant agrees to plead guilty to Counts 1, 14, and 23 of the Indictment.

2

AUSA  DEF  ATTY  Date

**2.**  ***Cargos:*** *El acusado se compromete a declararse culpable de los Cargos 1, 14, y 23 de la Acusación.*

Count 1 charges the crime of conspiracy to possess with intent to distribute, and to distribute, methamphetamine in violation of 21 U.S.C. § 846. The offense of conspiracy to possess with intent to distribute, and to distribute, methamphetamine carries a mandatory minimum punishment of ten years imprisonment to a maximum punishment of life imprisonment, a $10,000,000 fine, at least five years supervised release, and a $100 special assessment.

*Cargo 1 acusa el delito de conspiración para poseer con intención de distribuir, y para distribuir, metanfetamina en violación de 21 U.S.C. § 846. El delito de conspiración para poseer con intención de distribuir, y para distribuir metanfetamina lleva un castigo obligatorio mínimo de diez años de prisión hasta una pena máxima de cadena perpetua, una multa de $10.000.000, por lo menos cinco años de libertad supervisada, y una cuota especial de $100.*

Count 14 charges the crime of conspiracy involving a firearm and a drug trafficking crime in violation of 18 U.S.C. § 924(o). The offense of conspiracy involving a firearm and a drug trafficking crime carries a maximum punishment of 20 years imprisonment, a $250,000 fine, three years supervised release, and a $100



3        AUSA   DEF   ATTY   Date

special assessment.

*Cargo 14 acusa el delito de conspiración que involucra un arma de fuego y un crimen de tráfico de drogas en violación de 18 U.S.C. § 924(o). El delito de conspiración que involucra un arma de fuego y un crimen de tráfico de drogas conlleva una pena máxima de 20 años de prisión, una multa de $250.000, tres años de libertad supervisada y una cuota especial de $100.*

Count 23 charges the crime of conspiracy to commit money laundering in violation of 18 U.S.C. § 1956(h). The offense of conspiracy to commit money laundering carries a maximum punishment of 20 years imprisonment, a $500,000 fine, three years supervised release, and a $100 special assessment.

*Cargo 23 acusa el delito de conspiración para cometer lavado de dinero en violación de 18 U.S.C. § 1956(h). El delito de conspiración para cometer lavado de dinero conlleva una pena máxima de 20 años de prisión, una multa de $500,000, con tres años de libertad supervisada y una cuota especial de $100.*

The defendant will also admit to the First, Second, and Third Forfeiture Allegations contained in the Indictment.

*El acusado también admitirá a la primera, segunda y tercera alegatos de confiscación contenidas en la Acusación.*

4     AUSA   DEF   ATTY   Date

In regard to the First Forfeiture Allegation, the defendant agrees to the entry of a money judgment, jointly and severally with his other co-conspirators, in the amount of $2,329,600, which represents the proceeds obtained, directly or indirectly, as a result of the conspiracy in Count 1 to which the defendant will plead guilty.

*En lo que respecta a la Primera Alegación de Confiscación, el acusado acepta la entrada de un fallo monetario, solidariamente con sus otros cómplices, en la cantidad de $2,329,600 dólares, que representa las ganancias obtenidas, directa o indirectamente, como resultado de la conspiración en Cargo 1 a la que el acusado se declarará culpable.*

The defendant acknowledges he has no right, title, or interest in the following personal property, and does not dispute the forfeiture of the following property:

*El acusado reconoce que no tiene ningún derecho, título o interés en la siguiente propiedad personal, y no cuestiona el decomiso de la siguiente propiedad:*

(1) 2011 BMW, VIN #WBAFR9C5XBDE81625;

(2) 2005 BMW, VIN #WBANA73565CR60901; and

(3) 2007 CHEVROLET SILVERADO, VIN #1GCEC14C87Z590459.

The defendant acknowledges he has no right, title, or interest in the following

5

AUSA    DEF    ATTY    Date

personal property, and does not dispute the forfeiture of the following property:

*El acusado reconoce que no tiene ningún derecho, título o interés en la siguiente propiedad ~~personal~~ real, y no cuestiona el decomiso de la siguiente propiedad:*

Residence located at 946 East 54th Street, Los Angeles, California 90011, more particularly described as: Lot 17 in Block 2 of Lee's Subdivision, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 1 Page 31 of Maps, in the Office of the County Recorder of Said County. Together with that portion of Southeast 1/4 of Section 17, Township 2 South Range 13 West, San Bernardino Meridian bounded on the East and West by the Southerly prolongation of the East and West lines of Said Lot 17 in Block 2 of Lee's Subdivision, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 1 Page 31 of Maps, in the Office of the County Recorder of Said County; Bounded on the North by the South Line of Said Lot 17; and bounded on the South by the North Lines of Lots 11 and 12 in Block "B" of Clute's Subdivision, as per Map recorded in Book 31 Page 9 of Miscellaneous Records.

*Residencia situada a 946 East 54th Street, Los Angeles, California 90011, más particularmente descrito como: Lote 17 en el Bloque 2 del Barrio de Lee, en*

6



AUSA     DEF     ATTY     Date

*la ciudad de Los Ángeles, el condado de Los Ángeles, Estado de California,*

*según el mapa registrado en el Libro 1 Página 31 de Maps, en la Oficina del*

*Registrador del dicho Condado. Junto con la parte del sudeste de 1/4 de la*

*Sección 17, Municipio 2 Sur Range 13 Oeste, San Bernardino Meridian limitado*

*en el este y el oeste por la prolongación sur de las líneas de este y oeste del dicho*

*Lote 17 en el Bloque 2 del Barrio de Lee, en la ciudad de Los Ángeles, el*

*condado de Los Ángeles, Estado de California, según el mapa registrado en el*

*libro 1 Página 31 de Maps, en la Oficina del Registrador del dicho Condado;*

*Limita al Norte por la línea del sur del dicho Lote 17; y limitada al sur por las*

*líneas del norte de los lotes 11 y 12 en el Bloque "B" del Barrio de Clute, como*

*por Mapa registrado en el libro 31 Página 9 de diversos expedientes.*

In regard to the Second Forfeiture Allegation, the defendant agrees to forfeit any firearms and ammunition involved and used in the commission of the offense set out in Count 14.

*En lo que respecta a la Segunda Alegación de Confiscación, el acusado se compromete a renunciar a cualquier arma de fuego y municiones involucrado y utilizado en la comisión de la ofensa descrito en Cargo 14.*

In regard to the Third Forfeiture Allegation, the defendant agrees to entry of a money judgment, joint and severally with his other co-conspirators, in the amount



AUSA    DEF    ATTY    Date

7

of $55,975, which represents the property involved and traceable to the offense set out in Count 23 to which the defendant will plead guilty.

*En lo que respecta a la Tercera Alegación de Confiscación, el acusado acepta la entrada de un fallo monetario, conjunta y solidariamente con sus otros cómplices, en la cantidad de $55,975, lo que representa la propiedad involucrada y trazable a la infracción prevista en Cargo 23 a que el acusado se declarará culpable.*

In addition, in exchange for the concessions made by the defendant in this agreement, the United States agrees not to file an Information under 21 U.S.C. §§ 846 and 851, subjecting the defendant to an enhanced statutory penalty on the basis of the defendant's prior convictions for felony drug offenses.

*Además, a cambio de las concesiones hechas por el acusado en este acuerdo, los Estados Unidos se acuerda que no presentará una información en virtud de 21 U.S.C. §§ 846 y 851, sometiendo al acusado a una pena legal aumentado sobre la base de antecedentes penales del acusado por delitos de drogas delito grave.*

At the time of sentencing, the United States will move to dismiss Counts 5 and 20 of the Indictment, if the Court accepts this plea agreement.

*En el momento de la sentencia, los Estados Unidos se moverá a despedir*

8
AUSA DEF ATTY Date

*Cargos 5 y 20 de la Acusación, si el Tribunal acepta este acuerdo de*

*culpabilidad.*

**3.** **Nature of the Agreement:** The parties agree that this plea agreement

shall be filed and become a part of the record in this case, and will be governed by

Rule 11(c)(1)(A) and (B), Federal Rules of Criminal Procedure. The defendant

acknowledges that the agreement will be fulfilled provided a) the United States

moves to dismiss, and the Court agrees to dismiss, Counts 5 and 20 of the

Indictment, and b) makes the recommendations provided below. The defendant

understands that if the agreement is accepted by the Court, and Counts 5 and 20

are dismissed, there will not be an automatic right to withdraw the plea even if the

Court does not accept or follow the recommendations made by the United States.

**3.** ***El Carácter del Acuerdo:*** *Las partes acuerdan que este acuerdo*

*de culpabilidad será presentado y se convierte en una parte del expediente de*

*este caso, y se regirá por Regla 11 (c) (1) (A) y (B), Reglas Federales de*

*Procedimiento Penal. El acusado reconoce que el acuerdo se cumplirá si: (a) los*

*Estados Unidos se mueve a despedir, y el Tribunal se acuerda despedir, Cargos*

*5 y 20 de la Acusación, y (b) hace que las recomendaciones que figuran a*

*continuación. El acusado entiende que si el acuerdo es aceptado por el*

9



AUSA  DEF  ATTY  Date

*Tribunal, y Cargos 5 y 20 son despedidos, no habrá un derecho automático a*

*retirar la declaración aunque el Tribunal no acepta o siga las recomendaciones*

*formuladas por los Estados Unidos.*

**4.** **Admission of Guilt:** The defendant will plead guilty because the defendant is in fact guilty of the charges contained in Counts 1, 14, and 23 of the Indictment.

***4.*** ***Admisión de Culpabilidad:*** *El acusado se declará culpable*

*porque el acusado es de hecho culpable de los cargos contenidos en los Cargos*

*1, 14 y 23 de la Acusación.*

In pleading guilty, the defendant acknowledges in regard to Count 1 — conspiracy to possess with intent to distribute, and to distribute, methamphetamine:

*Al declararse culpable, el acusado reconoce en lo que se refiere al Cargo 1*

*– conspiración para poseer con intención de distribuir, y para distribuir,*

*metanfetamina:*

First, beginning in or about the winter of 2013, and continuing through at least September 26, 2014, there was an agreement between two or more persons to possess with the intent to distribute, or distribute, methamphetamine;

*Primero, comenzando a partir de o sobre el invierno de 2013, y*

10 AUSA DEF ATTY Date

*continuando a través de, al menos, el 26 de septiembre 2014, hubo un acuerdo*

*entre dos o más personas para poseer con la intención de distribuir, o distribuir,*

*metanfetamina;*

Second, the defendant joined in the agreement knowing of its purpose and
intending to help accomplish that purpose; and

*Segundo, el acusado se incorporó en el acuerdo, sabiendo de su propósito*
*y con la intención de ayudar a lograr ese propósito; y*

Third, the amount of methamphetamine that fell within the scope of the
defendant's agreement with his coconspirators or was otherwise reasonably
foreseeable to the defendant was at least 50 grams of actual (pure)
methamphetamine.

*Tercero, la cantidad de metanfetamina que entraba en el ámbito del*
*acuerdo de la parte demandada con sus co-conspiradores o era de otra manera*
*razonablemente previsible al acusado, era por lo menos 50 gramos de reales*
*(puro) de metanfetamina.*

In pleading guilty, the defendant acknowledges in regard to Count 14 —
conspiracy involving a firearm and a drug trafficking crime:

*Al declararse culpable, el acusado reconoce en lo que se refiere al Cargo*
*14 – conspiración que involucra un arma de fuego y un crimen de tráfico de*

11

AUSA    DEF    ATTY    Date

*drogas:*

First, there was an agreement between two or more persons to possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in federal court—Count 1 is a drug trafficking crime;

*Primero, hubo un acuerdo entre dos o más personas para poseer un arma de fuego en cumplimiento de un delito de tráfico de drogas que pueden ser procesados en la corte federal – Cargo 1 es un crimen de tráfico de drogas;*

Second, the defendant entered into the agreement knowing of its objectives and intending to accomplish at least one of those objectives; and

*Segundo, el acusado entró en el acuerdo sabiendo de sus objetivos y con la intención de lograr al menos uno de esos objetivos; y*

Third, the defendant knowingly and voluntarily participated in or became a part of this agreement.

*Tercero, el acusado participó a sabiendas y voluntariamente o se convirtió en una parte de este acuerdo.*

In pleading guilty, the defendant acknowledges in regard to Count 23 — conspiracy to commit money laundering:

*Al declararse culpable, el acusado reconoce en lo que se refiere al Cargo 23 – conspiración para cometer el lavado de dinero:*

12     AUSA   DEF   ATTY   Date

First, there was an agreement between two or more persons to commit certain offenses under 18 U.S.C. § 1956, to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce, which transactions involved the proceeds of specified unlawful activity, that is, conspiracy to possess with intent to distribute and distribute methamphetamine; and

*Primero, hubo un acuerdo entre dos o más personas para cometer ciertos delitos bajo 18 U.S.C. § 1956, para llevar a cabo y tratar de realizar transacciones financieras que afectan el comercio interestatal, que las transacciones involucrado el producto de una actividad ilícita, es decir, conspiración para poseer con la intención de distribuir y distribuir metanfetamina a sabiendas; y*

Second, the defendant entered into the agreement knowing of its objectives and intending to accomplish at least one of those objectives.

*Segundo, el acusado entró en el acuerdo sabiendo de sus objetivos y con la intención de lograr al menos uno de los dichos objetivos.*

First Forfeiture Allegation: The defendant acknowledges and agrees that the United States is entitled to a sum of money equal to approximately $2,329,600 in United States currency, which represents the total amount of proceeds obtained as a result of the offense set out in Count 1 of the Indictment.



AUSA   DEF   ATTY   Date

*Primera Alegación de Confiscación: El acusado reconoce y acepta que los Estados Unidos tiene derecho a una suma de dinero equivalente a aproximadamente $2,329,600 de dólares en moneda de los Estados Unidos, lo que representa el monto total de los ingresos obtenidos como consecuencia de la infracción descrito en Cargo 1 de la Acusación.*

The defendant acknowledges he has no right, title, or interest in the following personal property, and does not dispute the forfeiture of the following property:

*El acusado reconoce que no tiene ningún derecho, título o interés en la siguiente propiedad personal, y no cuestiona el decomiso de la siguiente propiedad:*

(1) 2011 BMW, VIN #WBAFR9C5XBDE81625;

(2) 2005 BMW, VIN #WBANA73565CR60901; and

(3) 2007 CHEVROLET SILVERADO, VIN #1GCEC14C87Z590459.

The defendant acknowledges he has no right, title, or interest in the following real property, and does not dispute that the United States is entitled to the following property:

*El acusado reconoce que no tiene ningún derecho, título o interés en la siguiente propiedad real, y no niega que los Estados Unidos tienen derecho a la propiedad siguiente:*

14    AUSA  DEF  ATTY  Date

Residence located at 946 East 54th Street, Los Angeles, California 90011, more particularly described as: Lot 17 in Block 2 of Lee's Subdivision, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 1 Page 31 of Maps, in the Office of the County Recorder of Said County. Together with that portion of Southeast 1/4 of Section 17, Township 2 South Range 13 West, San Bernardino Meridian bounded on the East and West by the Southerly prolongation of the East and West lines of Said Lot 17 in Block 2 of Lee's Subdivision, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 1 Page 31 of Maps, in the Office of the County Recorder of Said County; Bounded on the North by the South Line of Said Lot 17; and bounded on the South by the North Lines of Lots 11 and 12 in Block "B" of Clute's Subdivision, as per Map recorded in Book 31 Page 9 of Miscellaneous Records.

*Residencia situada a 946 East 54th Street, Los Angeles, California 90011, más particularmente descrito como: Lote 17 en el Bloque 2 del Barrio de Lee, en la ciudad de Los Ángeles, el condado de Los Ángeles, Estado de California, según el mapa registrado en el Libro 1 Página 31 de Maps, en la Oficina del Registrador del dicho Condado. Junto con la parte del sudeste de 1/4 de la Sección 17, Municipio 2 Sur Range 13 Oeste, San Bernardino Meridian limitado*

15

AUSA    DEF    ATTY    Date

*en el este y el oeste por la prolongación sur de las líneas de este y oeste del dicho*

*Lote 17 en el Bloque 2 del Barrio de Lee, en la ciudad de Los Ángeles, el*

*condado de Los Ángeles, Estado de California, según el mapa registrado en el*

*libro 1 Página 31 de Maps, en la Oficina del Registrador del dicho Condado;*

*Limita al Norte por la línea del sur del dicho Lote 17; y limitada al sur por las*

*líneas del norte de los lotes 11 y 12 en el Bloque "B" del Barrio de Clute, como*

*por Mapa registrado en el libro 31 Página 9 de diversos expedientes.*

Second Forfeiture Allegation: The defendant acknowledges and agrees that the United States is entitled to any firearms and ammunition involved and used in the commission of Count 14 of the Indictment.

*Segunda Alegación de Confiscación: El acusado reconoce y acepta que los Estados Unidos tiene derecho a cualquier armas de fuego y municiones involucradas y utilizados en la comisión de Cargo 14 de la Acusación.*

Third Forfeiture Allegation: The defendant acknowledges and agrees that the United States is entitled to a sum of money equal to approximately $55,975 in United States currency, which represents the property involved and traceable to the offense set out in Count 23 of the Indictment.

*Tercera Alegación de Confiscación: El acusado reconoce y acepta que los Estados Unidos tiene derecho a una suma de dinero equivalente a*

16      AUSA   DEF   ATTY   Date

*aproximadamente $55.975 dólares en moneda de los Estados Unidos, que*

*representa la propiedad involucrada y trazable a la infracción prevista en la*

*Cuenta 23 de la Acusación.*

**5.      Waiver of Rights by Plea:**

(a)      The government has a right to use against the defendant, in a

prosecution for perjury or false statement, any statement that the defendant gives

under oath during plea colloquy.

**5.      *Renuncia de Derechos por Súplica:***

*(a)      El gobierno tiene el derecho de utilizar en contra del acusado, en un*

*juicio por perjurio o falso testimonio, cualquier declaración que el acusado da*

*bajo juramento durante el coloquio por súplica.*

(b)      The defendant has the right to plead not guilty or to persist in a plea of

not guilty.

*(b)      El acusado tiene el derecho de no declararse culpable o de persistir*

*en una declaración de no culpabilidad.*

(c)      The defendant has the right to a jury trial unless the defendant, by

written waiver, consents to a non-jury trial. The government must also consent and

the court must approve a non-jury trial.



17               AUSA   DEF   ATTY   Date

*(c)   El acusado tiene derecho a un juicio con jurado a menos que la parte demandada, por la renuncia escrita, da su consentimiento a un juicio sin jurado. El gobierno también debe dar su consentimiento y el tribunal debe aprobar un juicio sin jurado.*

(d)   The defendant has the right to be represented by counsel, and if necessary, have the court appoint counsel, at trial and at every other stage of these proceedings.

*(d)   El acusado tiene derecho de ser representado por un abogado, y si es necesario, que el tribunal designe un abogado, en el juicio y en cualquier otra etapa de este proceso.*

(e)   If the trial is a jury trial, the jury would be composed of 12 laypersons selected at random. The defendant and defense attorney would have a say in who the jurors would be by removing prospective jurors for cause where actual bias or other disqualification is shown, or without cause by exercising peremptory challenges. The jury would have to agree unanimously before it could return a verdict of either guilty or not guilty. The jury would be instructed that the defendant is presumed innocent, and that it could not convict the defendant unless, after hearing all the evidence, it was persuaded of the defendant's guilt beyond a reasonable doubt.

18

AUSA   DEF   ATTY   Date

*(e)    Si el juicio es un juicio con jurado, el jurado estaría compuesto por 12 laicos elegidos al azar. El acusado y su abogado tendría algo que decir en que los miembros del jurado estarían, eliminando posibles miembros del jurado de la causa donde se muestra realmente predisposición u otra descalificación, o sin causa mediante el ejercicio de las recusaciones sin causa. El jurado tendría que estar de acuerdo por unanimidad antes de poder emitir un veredicto de culpable o no culpable. El jurado se encargó de que el acusado se presume inocente, y que no podía condenar al acusado a menos que, después de escuchar todas las pruebas, se convenció de la culpabilidad del acusado más allá de una duda razonable.*

(f)    If the trial is held by the judge without a jury, the judge would find the facts and determine, after hearing all the evidence, whether or not he was persuaded of the defendant's guilt beyond a reasonable doubt.

*(f)    Si el juicio se lleva a cabo por el juez sin jurado, el juez encontraria los datos y hechos y determinar, después de escuchar todas las pruebas, independientemente de si él estaba convencido de la culpabilidad del acusado más de una duda razonable.*

(g)    At a trial, whether by a jury or a judge, the government would be required to present its witnesses and other evidence against the defendant. The

19       AUSA   DEF   ATTY   Date

defendant would be able to confront those government witnesses and the defense attorney would be able to cross-examine them. In turn, the defendant could present witnesses and other evidence on the defendant's own behalf. If the witnesses for the defendant would not appear voluntarily, their appearance could be mandated through the subpoena power of the court.

(g)     *En un juicio, ya sea por un jurado o un juez, se requeriría al gobierno a presentar sus testigos y otras pruebas contra el acusado. El acusado sería capaz de confrontar a los testigos del gobierno y el abogado defensor podría interrogar a ellos. A su vez, el demandado podría presentar testigos y otras pruebas en nombre propio del acusado. Si los testigos de la parte demandada no aparecerían de forma voluntaria, su apariencia podría encomendar a través del poder de citación de la corte.*

(h)     At a trial, there is a privilege against self-incrimination so that the defendant could decline to testify and no inference of guilt could be drawn from refusal to testify. Or the defendant could exercise the choice to testify on his or her own behalf.

(h)     *En un juicio, hay un privilegio contra la autoincriminación para que el acusado podía negarse a testificar y ninguna inferencia de culpabilidad podría ser extraído de negativa a declarar.  O el acusado podría ejercer la*



AUSA   DEF   ATTY   Date

20

*opción de declarar en su propio nombre.*

(i)     If convicted, and within 14 days of the entry of the Judgment and Commitment, the defendant would have the right to appeal the conviction to the Ninth Circuit Court of Appeals for review to determine if any errors were made which would entitle the defendant to reversal of the conviction.

*(i)     Si es declarado culpable, y dentro de los 14 días de la entrada de la Sentencia y Compromiso, el acusado tiene derecho de apelar la condena ante el Tribunal del Noveno Circuito de Apelaciones para su revisión para determinar si se cometieron los errores que daría derecho al acusado de anulación de la condena.*

(j)     The defendant has a right to have the district court conduct the change of plea hearing required by Rule 11, Federal Rules of Criminal Procedure. By execution of this agreement, the defendant expressly waives that right and agrees to hold that hearing before, and allow the Rule 11 colloquy to be conducted by, the U.S. Magistrate Judge.

*(j)     El acusado tiene derecho a que el tribunal de distrito de realizar el cambio de audiencia de declaración requerida por la Regla 11, Reglas Federales de Procedimiento Penal. Por la ejecución de este acuerdo, el acusado renuncie expresamente ese derecho y se compromete a mantener la audiencia*



21     AUSA   DEF   ATTY   Date

*antes, y permitir que la Regla 11 coloquio que llevará a cabo, por el Juez*

*Magistrado del EE.UU.*

The defendant understands that by pleading guilty pursuant to this agreement, defendant is waiving all the rights set forth in this paragraph. The defendant's attorney has explained these rights and the consequences of waiving these rights.

*El acusado entiende que al declararse culpable en virtud de este acuerdo, el acusado está renunciando a todos los derechos enunciados en el presente apartado. El abogado del acusado ha explicado estos derechos y las consecuencias de renunciar a estos derechos.*

**6.  Recommendations:** The United States will recommend the defendant's offense level be decreased by two levels for acceptance of responsibility, under USSG §3E1.1(a), and will move for an additional one level, under USSG §3E1.1(b), if appropriate under the Guidelines, unless the defendant is found to have obstructed justice prior to sentencing, USSG §3C1.1, or acted in anyway inconsistent with acceptance of responsibility. The parties reserve the right to make any other arguments at the time of sentencing. The defendant understands that the court is not bound by this recommendation.

AUSA   DEF   ATTY   Date

*6.*    ***Recomendaciones:*** *Los Estados Unidos recomendará que el nivel delictivo del acusado se redujera en dos niveles para la aceptación de la responsabilidad, bajo USSG §3E1.1 (a), y se moverán por un nivel adicional, bajo USSG §3E1.1(b), cuando proceda, en las Directrices, a menos que se encuentra el acusado de haber obstruido la justicia antes de la sentencia, USSG §3C1.1, o ha actuado de todos modos incompatibles con la aceptación de la responsabilidad. Las partes se reservan el derecho de hacer cualquier otro argumento en el momento de la sentencia. El acusado entiende que el tribunal no está obligado por esta recomendación.*

The United States also agrees that it will move to vary downward in the event that the total offense level is increased for acts of money laundering. The parties reserve the right to make any other arguments at the time of sentencing. The defendant understands that the Court is not bound by these recommendations.

*Los Estados Unidos también está de acuerdo en que se moverá a variar a la baja en el caso de que el nivel total delito se incrementó por actos de lavado de dinero. Las partes se reservan el derecho de hacer cualquier otro argumento en el momento de la sentencia. El acusado entiende que el Tribunal no está vinculado por estas recomendaciones.*



23

AUSA    DEF    ATTY    Date

**7.**   **Sentencing Guidelines:**  Although advisory, the parties agree that the U.S. Sentencing Guidelines must be applied, and a calculation determined, as part of the protocol of sentencing to determine what sentence will be reasonable.

**7.**   *Directrices de Sentencia:*  *A pesar de asesoramiento, las partes acuerdan que la Directrices sobre sentencias deben ser aplicadas, y un cálculo determinado, como parte del protocolo de la sentencia para determinar qué sentencia será razonable.*

**8.**   **Appeal Waiver:**  The defendant understands that the law gives him a right to appeal and collaterally attack his sentence.  Acknowledging this, the defendant knowingly waives any right to appeal his sentence, including the conditions of probation or supervised release, and any right he may have to bring any other post-conviction attack on his sentence.  He specifically agrees not to file a motion under 28 U.S.C. § 2255 or § 2241 attacking his sentence, including the conditions of probation or supervised release.  This waiver does not prohibit the right to pursue or maintain such an action alleging that the defendant received ineffective assistance of counsel.

**8.**   *Renuncia de Apelación:*  *El acusado entiende que la ley le da el derecho de apelar y colateralmente atacar su condena.  Reconociendo esto, el*



24   AUSA   DEF   ATTY   Date

*acusado renuncie a sabiendas cualquier derecho de apelar su sentencia,*

*incluyendo las condiciones de la libertad condicional o libertad bajo supervisión,*

*y cualquier derecho que pueda tener para traer cualquier otro ataque posterior a*

*la condena en su sentencia. Específicamente se compromete a no presentar una*

*moción en virtud de 28 U.S.C. § 2255 o § 2241 atacando su sentencia,*

*incluyendo las condiciones de la libertad condicional o libertad supervisada.*

*Esta renuncia no prohíbe el derecho de perseguir o mantener tal acción*

*alegando que el acusado recibió asistencia letrada ineficaz.*

**9.** **Voluntary Plea:** The defendant and defendant's attorney
acknowledge that no threats, promises, or representations have been made to
induce the defendant to plead guilty, and this agreement is freely and voluntarily
endorsed by the parties.

**9.** ***Declaración voluntaria:*** *El acusado y el abogado del acusado*
*reconoce que no hay amenazas, promesas o representaciones se han hecho para*
*inducir al acusado a declararse culpable, y este acuerdo es libre y*
*voluntariamente refrendado por las partes.*

**10.** **Loss of Federal Benefits:** The defendant acknowledges that, based
on his plea of guilty to a federal controlled substances crime, he is no longer eligible

25



AUSA  DEF  ATTY  Date

for assistance under any state program funded under Part A of Title IV of the Social Security Act or benefits under the Food Stamp Act. 21 U.S.C. § 862a. The Court may also deny the defendant eligibility to participate in any federal grant, contract, loan, professional license, or commercial license. 21 U.S.C. § 862. The Court may also deny the defendant eligibility to participate in any federal grant, contract, loan, professional license, or commercial license. See, 21 U.S.C. § 862.

**10.** ***Pérdida de Beneficios Federales:*** *El acusado reconoce que, sobre la base de su declaración de culpabilidad de un delito de sustancias controladas federal, que ya no es elegible para la ayuda bajo cualquier programa estatal financiado por la Parte A del Título IV de la Ley del Seguro Social o beneficios bajo la Ley de Cupones para Alimentos. 21 U.S.C. § 862a. El Tribunal también podrá denegar la elegibilidad acusado de participar en cualquier federal subvención, contrato, préstamo, licencia profesional, o la licencia comercial. 21 U.S.C. § 862. El Tribunal también podrá denegar la elegibilidad del acusado de participar en cualquier subsidio federal, contrato, préstamo, licencia profesional, o licencia comercial. 21 U.S.C. § 862.*

**11.** **Disclosure of Financial Information:** The defendant authorizes the U.S. Probation Office to release to the Financial Litigation Unit of the U.S.

26     AUSA    DEF    ATTY    Date

Attorney's Office all documents and financial information provided by the defendant to the U.S. Probation Office and any information obtained by the U.S. Probation Office about the defendant through its investigation. The defendant further agrees to fully complete a financial statement in the form prescribed by the U.S. Attorney's Office, provide financial documents as requested, and submit to a debtor's exam if deemed appropriate by the U.S. Attorney's Office pre-sentencing, in order to evaluate the defendant's ability to satisfy any financial obligation imposed by the Court. The defendant consents to being immediately placed on the Treasury Offset Program to help meet the defendant's obligation to pay restitution and/or a fine.

**11. *Divulgación de información financiera:*** *El acusado autoriza a la Oficina de Libertad Condicional de Los Estados Unidos para liberar a la Unidad de Litigio Financiero de la Oficina del Fiscal de Los Estados Unidos todos los documentos y la información financiera proporcionada por el acusado a la Oficina de Libertad Condicional de Estados Unidos y cualquier información obtenida por la Oficina de Libertad Condicional de Estados Unidos acerca de la parte demandada a través de su investigación. El acusado además concuerda a completar totalmente un estado financiero en la forma prescrita por la Oficina*



27          AUSA   DEF   ATTY   Date

*del Fiscal de Estados Unidos, proporcionar documentos financieros conforme a*

*lo solicitado, y someterse a un examen del deudor si se considera apropiado por*

*la Oficina previo a la sentencia del Fiscal de EE.UU., con el fin de evaluar el*

*acusado de capacidad para adaptarse a cualquier obligación financiera*

*impuesta por la Corte. El acusado consiente en ser colocado inmediatamente en*

*el Programa de Compensación del Tesoro para ayudar a satisfacer la obligación*

*de la demandada al pago de la restitución y/o una multa.*

**12.    Immigration Consequences of Guilty Plea (*Padilla* Waiver):** The

defendant recognizes that pleading guilty may have consequences with respect to

his immigration status if he is not a citizen of the United States. Under federal law a

broad range of crimes are removable offenses, including the offenses(s) to which

defendant is pleading guilty. Removal and other immigration consequences are the

subject of a separate proceeding, however, and defendant understands that no one,

including his attorney or the district court, can predict to a certainty the effect of his

conviction on his immigration status. Defendant nevertheless affirms that he wants

to plead guilty regardless of any immigration consequences that his plea may entail,

even if the consequence is his automatic removal from the United States.

*12.    Las consecuencias de inmigración de declaración de culpabilidad*

28    AUSA  DEF  ATTY  Date

*(**Padilla** Waiver): El acusado reconoce que declararse culpable puede tener consecuencias con respecto a su estatus migratorio si no es un ciudadano de los Estados Unidos. Bajo la ley federal una amplia gama de delitos son delitos extraíbles, incluidos los delitos para que el acusado se declara culpable. La eliminación y otras consecuencias de inmigración son objeto de un procedimiento separado, sin embargo, y el acusado entiende que nadie, incluyendo a su abogado o el tribunal de distrito, puede predecir con certeza el efecto de su convicción sobre su estatus migratorio. El acusado, sin embargo, afirma que quiere declararse culpable sin tener en cuenta las consecuencias de inmigración que su declaración puede implicar, incluso si la consecuencia es su eliminación automática de los Estados Unidos.*

13.    **Detention/Release After Plea:** Pursuant to 18 U.S.C. § 3143(a)(2), the defendant acknowledges that he will be detained upon conviction unless (A)(i) the Court finds there is a substantial likelihood that a motion for acquittal or new trial will be granted or (ii) this agreement provides that the United States will recommend that no sentence of imprisonment be imposed and (B) the Court finds, by clear and convincing evidence, that he is not likely to flee or pose a danger to any other person or the community. Then, if exceptional circumstances exist, the



29    AUSA  DEF  ATTY  Date

defendant may be released upon conditions.

**13.** ***Detención/Liberación Después de Súplica:*** *Segun 18 U.S.C. §*
*3143(a)(2), el acusado reconoce que va a ser detenido en caso de condena a*
*menos que (A)(i) la Corte considera que existe una probabilidad sustancial de*
*que se concederá una moción de juicio la absolución o un juicio nuevo o (ii) este*
*acuerdo establece que los Estados Unidos recomendará que se imponga y no*
*condena de cadena y (B) el Tribunal considera, con pruebas claras y*
*convincentes, que no es probable que huirá o supondrá un peligro para*
*cualquier otra persona o la comunidad. Entonces, si existen circunstancias*
*excepcionales, el acusado puede ser liberado de las condiciones.*

**14.** **Breach:** If defendant breaches the terms of this agreement, or
commits any new criminal offenses between signing this agreement and sentencing,
the U.S. Attorney's Office is relieved of its obligations under this agreement, but
defendant may not withdraw any guilty plea.

**14.** ***Incumplimiento:*** *Si el acusado viola los términos de este acuerdo,*
*o cometa nuevos delitos penales entre la firma de este acuerdo y sentencia, la*
*Oficina del Fiscal de Estados Unidos es relevado de sus obligaciones en virtud*
*de este acuerdo, pero el acusado no podrá retirar cualquier declaración de*



30  AUSA  DEF  ATTY  Date

*culpabilidad.*

**15.     Entire Agreement:** Any statements or representations made by the United States, the defendant, or his counsel prior to the full execution of this plea agreement are superseded by this plea agreement. No promises or representations have been made by the United States except as set forth in writing in this plea agreement. **This plea agreement constitutes the entire agreement between the parties. Any term or condition which is not expressly stated as part of this plea agreement is not to be considered part of the agreement.**

*15.     **Acuerdo completo:** Cualquier declaración o declaraciones hechas por los Estados Unidos, el acusado o su abogado antes de la ejecución completa de este acuerdo de declaración, se sustituya por este acuerdo de culpabilidad. No hay promesas o declaraciones que han sido hechas por los Estados Unidos con excepción de lo establecido por escrito en este acuerdo de culpabilidad. Este acuerdo de culpabilidad constituye el acuerdo completo entre las partes. Cualquier término o condición que no se declare expresamente como parte de este acuerdo de culpabilidad no ha de considerarse parte del acuerdo.*



31     AUSA   DEF   ATTY   Date

MICHAEL W. COTTER
United States Attorney/Fiscal de Estados Unidos

_____

JESSICA A. BETLEY
Assistant U. S. Attorney/Assistante Fiscal de Estados Unidos

_____

JOSHUA ALBERTO RODRIGUEZ
Defendant/Acusado

_____

PALMER HOOVESTAL
Defense Counsel/Abogado Defensor

AUSA   DEF   ATTY   Date